UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LESA MARIA MARTINO,

    Plaintiff,

v.                                            Case No: 8:22-cv-2181-CEH-CPT

JOHN F. HAYTER and JOHN F.
HAYTER, ATTORNEY AT LAW,
P.A.,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on December 8, 2022 (Doc. 11). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court: (1) Deny Martino's Amended IFP Motion (Doc. 7); (2) Direct Martino to pay the required filing fee to the Clerk of Court within thirty (30) days of the date of the Court's Order; and (3) Caution Martino that a failure to comply with this directive may result in the dismissal of her case without further notice. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Amended IFP Motion (Doc. 7) is DENIED.

(3) Plaintiff is directed to pay the required filing fee to the Clerk of Court within thirty (30) days of the date of this Order.

(4) Failure to pay the filing fee within thirty (30) days may result in the dismissal of this case without further notice.

**DONE AND ORDERED** at Tampa, Florida on December 28, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record